**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**JUVENILE FEMALE, Defendant–**
**Appellant.**

**No. 10–30272.**

United States Court of Appeals,
Ninth Circuit.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Submitted May 24, 2011.*

Filed June 8, 2011.

Before: PREGERSON, THOMAS, and PAEZ, Circuit Judges.

## MEMORANDUM **

Appellant, a juvenile, appeals from the nine-month sentence imposed following revocation of juvenile delinquent supervision. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Appellant contends that the district court's sentence contravenes the rehabilitative purposes of the Federal Juvenile Delinquency Act, 18 U.S.C. § 5031 et seq. (FJDA), because it reflects impermissible factors and was not the least restrictive means of achieving these purposes. The record reflects that the district court adequately considered the relevant factors within the FJDA while accounting for the totality of Appellant's unique circumstances and rehabilitative needs, and imposed a sentence that was the least restrictive means to meet those needs. *See United States v. Juvenile,* 347 F.3d 778, 787 (9th Cir.2003).

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.